IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND (BALTIMORE)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2017 MAR 6  PM 2
LODGED_____ ENTERED
              RECEIVED
CLERK'S OFFICE
AT MAR 03 2017
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

| | |
|---|---|
| Erien L. Frazier, ) | Civil Action No. ELH16-CV-3777 |
| Plaintiff ) | |
| Vs. ) | Approved 3/6/17 Ellen Hollander |
| Nationwide Credit Corporation & Meritus ) | |
| Enterprises, Inc.,) | |
| Defendants) | |

## NOTICE OF DISMISSAL

Pursuant to FED.R.CIV.P. 41(a)(1)(A)(i), Plaintiff Erien Frazier, submits this Notice of Dismissal for all actions pertaining to Defendants, Nationwide Credit Corporation and Meritus Enterprises, Inc. This Notice has been submitted prior to any defendants having filed an answer or motion for summary judgment in this case. This case is being dismissed with prejudice.

Respectfully submitted,

March 1, 2017.

*Erien Frazier*

Erien Frazier, *Pro Se*

P.O. Box 25

Hagerstown, MD 21740

Telephone: (410) 262-8690

Email: erienfrazier@gmail.com

_____

R. Glenn Knirsch, Esq

2647 Eaton Road

University Heights, OH 44118-4330

Telephone: (216) 331-1308

Email: rgknirsch@sessions.legal

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by first class mail, postage prepaid on this 1st day of March, 2017 to:

R. Glenn Knirsch, Esq

2647 Eaton Road

University Heights, OH 44118-4330

Erien Frazier *Pro Se*